UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, N. C.
NOV 3 0 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

3:05 mc348

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | |
| UNCLAIMED FUNDS ) | ADMINISTRATIVE ORDER |
| ) | |
| ) | |
| ) | |

## MOTION

From time to time, funds which have been classified as "Unclaimed" and transferred to the U.S. Treasury are identified and the owner is located by the Clerk's office. In such cases, the Clerk of Court requests that he or his designee be authorized to return such funds to the original owner without further order of the Court. This order does not apply to funds for which transfer of ownership is requested or to funds of which the owner may in any way be in dispute.

## ORDER

SO ORDERED, this the 30th day of November 2005.

*Graham C. Mullen*
GRAHAM C. MULLEN
CHIEF UNITED STATES DISTRICT JUDGE